AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____the Northern Mariana Islands_____

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**DINA TORRES GONZALES,**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-00007

FILED
Clerk
District Court

MAY - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**DINA TORRES GONZALES**_____
                                                                           Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Distribute a Controlled Substance (Count 1)**
**Distribution of a Controlled Substance (Count 2)**

**RECEIVED**
MAY 04 2007
US MARSHALS SERVICE-CNMI

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(C) & 846__

and in violation of Title ____ United States Code, Section (s) _____

____**HONORABLE ALEX R. MUNSON**____      ____**CHIEF JUDGE, DISTRICT COURT OF THE NMI**____
Name of Issuing Officer                                                            Title of Issuing Officer

*/s/ Alex R. Munson/*                           5-4-07            SAIPAN, CNMI
Signature of Issuing officer                         Date and Location

Bail fixed at $ __NO BAIL__ by __/s/ Alex R. Munson/__
                                                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __Traffic Stop Chalan Pale Arnold Rd__ |

| DATE RECEIVED<br>04 MAY 07 | NAME AND TITLE OF ARRESTING OFFICER<br>W. M. Calvert<br>CIDUSM # 3056 | SIGNATURE OF ARRESTING OFFICER<br>/s/<br>CIDUSM #3056<br>D/NMI |
|---|---|---|
| DATE OF ARREST<br>08 MAY 07 | | |