## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-07-00007                                                    May 9, 2007
CR-07-00011                                                    9:30 a.m.

### UNITED STATES OF AMERICA  -V- DINA TORRES " GONZALES"

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            DINA TORRES GONZALES, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel. Government was represented by Craig Moore, AUSA.

Government moved to unseal this case. Court so ordered.

Defendant stated that her name is now DINA TORRES. Court so acknowledged.

Defendant was examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings.

Defendant was advised that if she did qualify for a Court Appointed counsel that one would be appointed for her. Defendant stated she wanted a court appointed counsel. Court, after review of the defendant's financial affidavit, found that the defendant did qualify and ordered that an attorney be appointed for her.

Court set the arraignment hearing for 8:00 a.m. tomorrow morning.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 9:40 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy