F I L E D
Clerk
District Court

SEP 12 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES of AMERICA, | Case No.: 07 - 00007-02 |
|  | 07 - 00011-01 |
| Plaintiff, | MOTION TO SEAL |
|  | AND PROPOSED ORDER |
| v. |  |
|  | Sentencing |
|  | Date:   September 18, 2007 |
| DINA TORRES GONZALES, | Time:   9:30 a.m. |
|  | Judge:  Hon. Alex R. Munson |
| Defendant. |  |

The United States wishes to file with the Court a memorandum in aid of sentencing. Based on its content, the government submits that it is appropriate to file the memorandum under seal. A copy of the government's proposed submission is appended for the Court's review. The government asks that its entire submission and any supporting documents be placed under seal. A proposed order is attached.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney

1