FILED
Clerk
District Court

SEP 13 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: 07 - 00007-02 |
| | 07 - 00011-01 |
| Plaintiff, | **ORDER** |
| v. | Sentencing |
| | Date: September 18, 2007 |
| | Time: 9:30 a.m. |
| DINA TORRES GONZALES, | Judge: Hon. Alex R. Munson |
| Defendant. | |

Upon consideration of the government's motion to file under seal a memorandum in aid of sentencing in this case and upon review of the contents of that submission, the Court finds that the interests of justice are best served by placing the entire submission under seal and it is therefore

ORDERED that the government's motion to seal should be and hereby is granted; and it is further

ORDERED that the government's memorandum in aid of sentencing along with any and all related documents be filed under seal; and it is further

ORDERED that all such material shall remain under seal except upon and until further order of this Court.

_____
ALEX R. MUNSON
United States District Court Judge

9-13-07
_____
Date

1